

# Fourth Court of Appeals
## San Antonio, Texas

March 2, 2021

No. 04-21-00051-CV

**IN THE INTEREST OF Y.P.C., ET AL, CHILDREN,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02855
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

In this accelerated appeal, the reporter's record was due on February 22, 2021. *See* TEX. R. APP. P. 35.1(b). On March 1, 2021, court reporter Elva Chapa notified this court that her other duties have prevented her from timely filing the record, and she requested an extension of time to file the reporter's record until March 12, 2021.

The request is GRANTED. The reporter's record is due on March 12, 2021. *See id.* R. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of March, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court